### PAUL RYS'S CASE.
### HORACE W. WHITE'S CASE.

Suffolk.    November 21, 1922. — May 25, 1923.

Present: RUGG, C.J., DECOURCY, CROSBY, & CARROLL, JJ.

### MARK W. WILLIS'S CASE.

Suffolk.    March 27, 1923. — May 25, 1923.

Present: RUGG, C.J., BRALEY, DE COURCY, PIERCE, & CARROLL, JJ.